**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
TREVOR WAITE, ESQ.
Nevada Bar #13779
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
kbonds@alversontaylor.com
twaite@alversontaylor.com
efile@alversontaylor.com
Counsel for Defendant Trans Union LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

-*-

| | |
|---|---|
| DIANA M. WINDER-HEDGEMAN,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, SHELLPOINT MORTGAGE SERVICING, AND WELLS FARGO HOME MORTGAGE,<br><br>　　　Defendants. | Case No. 2:19-cv-00998-APG-BNW<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Diana M. Winder-Hedgeman ("Plaintiff"), and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

On June 12, 2019, Plaintiff filed her Complaint. On June 13, 2019, Trans Union was served with Plaintiff's Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is July 4, 2019.

Trans Union requires additional time to investigate, locate and assemble documents relating to Plaintiff's claims. In addition, Trans Union's counsel will need additional time to review the

1　　　　　　　　　　　　　　　　KB/86

documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including July 25, 2019. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

DATED this 27th day of June, 2019.

ALVERSON TAYLOR & SANDERS

/s/ Trevor Waite_____
KURT R. BONDS, ESQ.
Nevada Bar #6228
TREVOR WAITE, ESQ.
Nevada Bar #13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
kbonds@alversontaylor.com
twaite@alversontaylor.com
efile@alversontaylor.com
Counsel for Defendant Trans Union LLC

**KNEPPER & CLARK LLC**

/s/ Shaina Plaksin
Matthew I. Knepper
Miles N. Clark
Shaina Plaksin
5510 So. Fort Apache Road, Suite 30
Las Vegas, NV 89148
Telephone: (702) 856-7430
Facsimile: (702) 447-8048
matthew.knepper@knepperclark.com
miles.clark@knepperclark.com
shaina.plaksin@knepperclark.com

David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
dkrieger@hainesandkrieger.com
*Counsel for Plaintiff*

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 1st day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE