**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
TREVOR WAITE, ESQ.
Nevada Bar #13779
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
kbonds@alversontaylor.com
twaite@alversontaylor.com
efile@alversontaylor.com
Counsel for Defendant Trans Union LLC

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA
-*-

| | |
|---|---|
| DIANA M. WINDER-HEDGEMAN, | Case No. 2:19-cv-00998-APG-BNW |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC** |
| EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, SHELLPOINT MORTGAGE SERVICING, AND WELLS FARGO HOME MORTGAGE, | |
| Defendants. | |

Plaintiff Diana M. Winder-Hedgeman and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the court as follows:

There are no longer any issues in this matter between Diana M. Winder-Hedgeman and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are

///

///

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY, SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Dated this 18<u>th</u> day of November 2019.

ALVERSON TAYLOR & SANDERS

 //S// Trevor R. Waite
Kurt Bonds, Esq.
Nevada Bar No. 6228
Trevor Waite, Esq.
Nevada Bar No. 13779
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, Nevada 89149
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

KNEPPER & CLARK LLC

 //S// Shaina Plaksin
Shaina Plaksin, Esq.
5510 So. Fort Apache Road, Suite 30
Las Vegas, NV 89148
shaina.plaksin@knepperclark.com
David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
dkrieger@hainesandkrieger.com
*Counsel for Plaintiff*

CLARK HILL PLLC

 //S// Jeremy J. Thompson
Jeremy J. Thompson
jthompson@clarkhill.com
Clark Hill PLLC
3800 Howard Hughes Pkw., Suite 500
Las Vegas, NV 89169
*Counsel for Equifax Information Services, LLC*

**IT IS SO ORDERED**

_____
**HONORABLE ANDREW P. GORDON**
UNITED STATE DISTRICT JUDGE
 Dated: November 18, 2019.

KB/26283